AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| SHAWN ALAN MARSHALL | CASE NUMBER: 6:13-mj- *1108* |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 16, 2011 through on or about November 30, 2012, in Brevard County, in the Middle District of Florida, the defendant did,

> cause another person to engage in a sexual act by threatening or placing that other person in fear (other than by threatening or placing that other person in fear that any person would be subjected to death, serious bodily injury, or kidnapping), in the territorial jurisdiction of the United States,

in violation of Title 18, United States Code, Section 2242(1). I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
Signature of Complainant
Mathew S. Pagliarini

Sworn to before me and subscribed in my presence,

March 4, 2013                              at        Orlando, Florida

Gregory J. Kelly
United States Magistrate Judge                     _____
Name & Title of Judicial Officer                         Signature of Judicial Officer

STATE OF FLORIDA             CASE NO. 6:13-mj - *1108*

COUNTY OF ORANGE

## AFFIDAVIT

I, Mathew Pagliarini, Special Agent, Department of Justice, Federal Bureau of Investigation (FBI), being duly sworn, do hereby depose and state as follows:

1. I am employed as a Special Agent with the FBI and have been so employed for the last four years. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I am currently assigned to investigate violent crime matters within the Tampa Division, Brevard Resident Agency.

2. This affidavit is based upon my personal knowledge, a review of evidence obtained during the course of this investigation, and information obtained by me in my official capacity from sources of information that have proven to be reliable during the course of the investigation. Because this affidavit is being submitted for the limited purpose of supporting the issuance of a criminal complaint and arrest warrant for SHAWN ALAN MARSHALL, I have not set forth in this affidavit everything that I have learned as a result of this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed. Unless otherwise noted, all statements of other persons described herein are set forth in substance and in part, rather than verbatim.

3. Based on the investigation described in this affidavit, there is probable cause to believe that SHAWN ALAN MARSHALL (MARSHALL) caused another person

1

to engage in a sexual act by threatening or placing that other person in fear (other than by threatening or placing that other person in fear that any person would be subjected to death, serious bodily injury, or kidnapping), in the territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 2242(1).

## SUMMARY OF THE INVESTIGATION

4. On February 7, 2013, I learned from the United States Air Force, Office of Special Investigations that MARSHALL was having sexual intercourse with a minor female (the minor victim), at a residence located on Patrick Air Force base, in Brevard County, Florida, in the Middle District of Florida. Patrick Air Force base is within the territorial jurisdiction of the United States in that it is land acquired for the use of the United States, and under the exclusive jurisdiction thereof. The minor victim is a relative of MARSHAL'S. I have interviewed the minor victim on multiple occasions and the following is a summary of portions of her interviews:

   a. On numerous occasions, from approximately April or May 2008 through November 2012, in another state and on Patrick Air Force base in Florida, MARSHALL had sexual intercourse with the minor victim, by penetrating her mouth and vagina with his penis. During this period, the minor victim and MARSHALL lived together in another state and on the Air Force base in Florida along with the other members of the family.

   b. The minor victim described MARSHALL as being extremely angry and has seen MARSHALL punch walls and doors in the family residences, throw furniture, and yell profanities. MARSHALL drank excessive amounts of alcohol on a regular basis while in the presence of the minor victim and other family members, and became extremely angry and violent when

intoxicated. On one particular occasion, the minor victim witnessed an argument between MARSHALL and his wife, in which MARSHALL picked up a futon couch which the wife was laying on and turned the couch over on top of his wife. Witnessing MARSHALL'S behavior over the years, the minor victim grew to fear MARSHALL.

c. While the family resided in another state, MARSHALL vaginally penetrated the minor victim with his penis numerous times. The first time occurred in April or May 2008, inside the master bedroom at the family's residence, in another state. MARSHALL told the minor victim to take off her clothes and get on the bed. The minor victim was in fear of MARSHALL and complied. MARSHALL inserted his penis into the minor victim's vagina and had vaginal sex with her. MARSHALL also demanded that the minor victim perform oral sex on him. MARSHALL asked the minor victim to get on her knees and MARSHALL penetrated her mouth with his penis. MARSHALL engaged in these sexual acts usually when no other family members were at home. On particular occasions, MARSHALL was aggressive and forceful during the sexual acts.

d. The minor victim complied with MARSHALL'S demands because she feared MARSHALL. On at least one occasion, MARSHALL told the minor victim that if anybody found out about the sexual acts he was performing on her, it would destroy the family.

e. On or about March 2, 2011, MARSHALL, the minor victim, and other family members, moved from another state to Florida and began residing in Florida. The family temporarily lived in a hotel.

f. On March 16, 2011, the family moved into a house, located on Patrick Air Force base, in Brevard County, Florida, in the Middle District of Florida and within the territorial jurisdiction of the United States. Once the family moved into the residence on the Air Force base, MARSHALL resumed having sexual intercourse with the minor victim. These sexual acts took place in the master bedroom, the downstairs bathroom, and in the dining room of the family's residence on the Air Force base. On certain occasions, MARSHALL would ask the minor victim to come into the bathroom with him and MARSHALL would shut and lock her in the bathroom with him. MARSHALL would then bend the minor victim over the sink area and penetrate her vagina with his penis. On another occasion, the minor victim remembers MARSHALL telling her he wanted a "quickie" while they were in the dining room of the Air Force base home and the other family members were upstairs. MARSHALL asked the minor victim to bend over the dining room table, pulled her pants down, and penetrated her vagina with his penis. The minor victim remembers another occasion in the evening time when MARSHALL told her he wanted another "quickie" in the bathroom while other family members were home. MARSHALL demanded that the minor victim bend over the counter and vaginally penetrated her with his penis. During the occasions where MARSHALL performed sexual acts on the minor victim in the bathroom, MARSHALL always closed and locked the door and made sure that he and the minor victim left the bathroom at separate times, with MARSHALL leaving first.

g. While the family lived in the home on the Air Force base, the minor victim continued to comply with MARSHALL'S demands because she feared him. MARSHALL continued to drink excessive amounts of alcohol and exhibited angry and violent behavior in the presence of the minor victim. On one occasion, while in the Air Force base home, MARSHALL and the minor victim were arguing and MARSHALL punched a hole in the door of the minor victim's bedroom.

h. During the time period described above, in both the other state and on the Air Force base in Florida, MARSHALL pinned the minor victim's arms behind her back while he vaginally penetrated her with his penis. On another occasion, in the other state, MARSHALL wrapped an amplifier cord around the minor victim's throat and applied slight force around her neck, while engaging in a sexual act with the minor victim. There were also occasions where MARSHALL would force the minor victim to take her clothes off while MARSHALL masturbated. MARSHALL also showed the minor victim pornography on his laptop computer from the online website www.pornhub.com.

i. MARSHALL said to the minor victim on occasion, "I know this isn't right," but MARSHALL continued engage in sexual acts with the minor victim.

j. On or about February 7, 2013, the minor victim, for the first time, told MARSHALL'S wife that MARSHALL had been raping her for years.

5. I have interviewed MARSHALL'S wife. The following is a summary of portions of her interviews:

a. While the family lived in the other state, MARSHALL was verbally and

        physically abusive to her. MARSHALL often demanded sex from her and on one occasion, MARSHALL was intoxicated and stated that if she would not have sex with him he would rape the minor victim.

        b. When the minor victim disclosed that MARSHALL had been sexually abusing her for years, she immediately contacted MARSHALL via cellular telephone and told him that she knew what has been going on. MARSHALL immediately responded by stating: "Oh my God. I am so sorry. I knew you would find out."

6.    I visited the family's home on the Air Force base and saw a hole in the minor victim's bedroom door.

## CONCLUSION

7.    On the basis of the foregoing facts and evidence, your affiant submits that probable cause exists to charge MARSHALL with a violation of Title 18, United States Code, Section 2242(1).

8.    This concludes my affidavit.

                                           _____
                                           Special Agent Mathew S. Pagliarini
                                           Federal Bureau of Investigation

Sworn to and subscribed before me
this ____ day of March, 2013

_____
The Honorable Gregory J. Kelly
United States Magistrate Judge